# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA<br>JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI | DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>STEPHEN R. DANEK<br>MICHAEL A. INNES<br>MEGAN A. NATALE<br>KEVIN G. COOPER | **5 BECKER FARM ROAD**<br>**ROSELAND, N.J. 07068-1739**<br>**PHONE (973) 994-1700**<br>**FAX (973) 994-1744**<br>www.carellabyrne.com<br><br>May 21, 2024 | PETER G. STEWART<br>FRANCIS C. HAND<br>JAMES A. O'BRIEN, III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br>ZACHARY A. JACOBS***<br>JASON H. ALPERSTEIN+ +<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>**MEMBER NY BAR<br>***MEMBER IL BAR<br>+MEMBER FL BAR<br>+ + MEMBER NY & FL BAR | RAYMOND J. LILLIE<br>GREGORY G. MAROTTA<br>MARYSSA P. GEIST<br>JORDAN M. STEELE**<br>SEAN M. KILEY<br>ROBERT J. VASQUEZ<br>BRITTNEY M. MASTRANGELO |

**VIA ECF**

Honorable Rukhsanah L. Singh, U.S.M.J.
United States District Court
For the District of New Jersey
50 Walnut Street
Newark, NJ 07101

    Re:  Mary Jane Castle, et al. v. Johnson & Johnson et al.
        Civil Action No. 3:24-06090-MAS-RLS

Dear Judge Singh:

  We represent Plaintiffs in the above matter. Please find enclosed the Declaration of Zachary A. Jacobs, and the Declaration of James E. Cecchi to admit Zachary A. Jacobs as counsel *pro hac vice* in the above matter. Defendants have not objected to the application. If the papers are acceptable to the Court, we respectfully request that the attached proposed Order be entered and a "filed" copy be returned to us via the ECF system.

  Thank you for your attention to this matter.

            Very truly yours,

          CARELLA, BYRNE, CECCHI,
          OLSTEIN, BRODY & AGNELLO

            /s/ *James E. Cecchi*

            James E. Cecchi

JEC:neh
Enc.
cc:  All counsel (via ECF)